**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Robert E. Coyle
Senior United States District Judge
Fresno, California

                              RE:     KEENEY, Michael Eugene
                                         Docket Number:  1:04CR05283-01 REC
                                         <u>**CONTINUANCE OF JUDGMENT**
                                         **AND SENTENCE**</u>

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 2, 2005 to June 20, 2005.

**REASON FOR CONTINUANCE:**

The probation officer has not received complete restitution information as it pertains to this case. As of this date, the probation officer is awaiting a response from at least two victims. This restitution information is vital to the completion of the presentence investigation report.

Based on the above-referenced information, a continuance is requested to allow the probation officer to complete the presentence report and adhere to the local rules in regards to disclosure dates.

                                              Respectfully Submitted,

                                            /S/ Scott J. Waters
                                            **SCOTT J. WATERS**
                                          Senior United States Probation Officer

Dated:     April 18, 2005
             Fresno, California
             sjw

**REVIEWED BY:**    /S/ James E. Herbert
                                 **JAMES E. HERBERT**
                                 Supervising United States Probation Officer

| | | |
|---|---|---|
| xx    Approved | /s/ ROBERT E. COYLE | April 20, 2005 |
|       Disapproved | **United States District Judge** | **Date** |

cc:    Docket Clerk
       United States Attorney
       Federal Defender, Melody 0Walcott
       United States Marshal
       Court Clerk
       Probation Office Calendar Clerk

**RE:   KEENEY, Michael Eugene**
    **Docket Number:  1:04CR05283-01 REC**