PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:04CR05283-01 REC** |
| ) | |
| **MICHAEL EUGENE KEENEY** ) | |
| ) | |

On July 5, 2005, the above-named releasee was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS
Supervising United States Probation Officer**

Dated:    December 2, 2008
            Bakersfield, California
            TAB:dk

**Re:    Michael Eugene KEENEY**
**Docket Number:   1:04CR05283-01 REC**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>December 2, 2008</u>**          <u>      /s/ Oliver W. Wanger      </u>
                                                        UNITED STATES DISTRICT JUDGE